UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEONARD P. SULLIVAN,<br><br>        Petitioner,<br> v.<br><br>ISIDRO BACA, et al.,<br><br>        Respondents. | Case No. 2:19-cv-01814-GMN-EJY<br><br>ORDER |

On November 7, 2019, this court denied § 2254 petitioner Leonard P. Sullivan's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days (ECF No. 4). More than the allotted time has elapsed, and Sullivan has not paid the filing fee nor contacted the court about the fee in any way. Accordingly, the petition shall be dismissed without prejudice for failure to comply with this court's order to pay the filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 9 January 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE